UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF: CHAPTER 13
CASE NO: 21-43354
TAMIKA MONIQUE HOSKINS, Debtor / JUDGE: THOMAS J. TUCKER

### ORDER DISMISSING CHAPTER 13 CASE

This matter having come on for hearing before the Court with due notice having been provided, the Court finds it appropriate to enter this Order based upon the following reason:
A motion to dismiss case brought by the Chapter 13 Trustee, pursuant to 11 U. S. C. §1307(c).

For failure to comply with the terms and conditions set forth in the Order Adjourning Hearing entered on or about 7/11/2022 by failing to resume plan payments on or before 8/1/2022; the Trustee representing to the Court by the presentation of this Order for entry that the Debtor as of 8/18/2022 has failed to resume plan payments. The debtor has a 35% payment history.

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U. S. C. §§ 362 and 1301 are hereby terminated;

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the debtor(s), if any.

**IT IS FURTHER ORDERED** that TAMMY L. TERRY, TRUSTEE, is discharged as Trustee and the Trustee of her surety are released from any and all liability on account of the within proceedings;

**IT IS FURTHER ORDERED** that the debtor(s) attorney shall be awarded the total sum of **FEE APP** as compensation. The Trustee shall pay this sum, less any amount paid previously, after payment of Clerk's and Trustee's fees, to the extent funds are available.

**Signed on August 19, 2022**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge